IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

ADDIE STOVER                                                                      PLAINTIFF

VS.                                                        CIVIL ACTION NO. 2:05CV388KS-MTP

HATTIESBURG PUBLIC SCHOOL DISTRICT                                 DEFENDANT

**Special Jury Verdict**

The jury is requested to answer the following questions. You will note that each of the questions calls for an appropriate answer. The answer to each question must be the unanimous answer of the jury. The foreperson will write the unanimous answer of the jury in the space provided opposite each question. When the questions have been answered, the foreperson should date and sign this Verdict.

(1) On the Title VII claim of race discrimination, we, the jury, find for

    _____ Plaintiff

    \_\_X\_\_ Defendant

(2) On the Title VII claim of gender discrimination, we, the jury, find for

    _____ Plaintiff

    \_\_X\_\_ Defendant

(3) On the Title VII claim of retaliation, we, the jury, find for

    _____ Plaintiff

    \_\_X\_\_\_ Defendant

(4) On the Equal Pay Act claim, we, the jury, find for

    _____ Plaintiff

    \_\_X\_\_\_ Defendant

**If you find for the plaintiff on the Equal Pay Act claim in question 4, please answer the following question:**

(5) We, the jury, find that defendant's violation of the Equal Pay Act

    _____ was willful

    _____ was not willful

**If you have found for the plaintiff on any of her claims in questions 1-4**, then you must proceed to assess plaintiff's damages. **If you have found for the defendant on all of the claims in questions 1-4**, then do not assess plaintiff's damages and instead proceed to the end and have the foreperson sign and date the Verdict.

**We, the jury, assess lost wages for plaintiff in the amount of** _____.

**We, the jury, assess emotional distress damages for the plaintiff in the amount of**

_____.

FEB. 16, 2007
DATE

FOREPERSON